**94-2564.** State v. Rebman. *Lorain County,* No. 94CA005857. This cause is pending before the court as an appeal from the Court of Appeals for Lorain County. Appellant's merit brief was due May 16, 1995. It appears from the records of this court that appellant has not filed a merit brief in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective June 8, 1995.

**94-2593.** State v. Palmer. *Franklin County,* No. 87AP-21. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Appellant's merit brief was due January 6, 1995. On May 31, 1995, this court denied appellant's motion for appointment of counsel. It appears from the records of this court that appellant has not filed a merit brief in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective June 8, 1995.

**95-1101.** Prime Properties L.P. v. Cuyahoga Cty. Bd. of Revision. *Cuyahoga County,* No. 67028. Appellant has filed an untimely appeal from the court of appeals' decision entered on April 17, 1995. In that appellant has failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1),

IT IS ORDERED by the court, *sua sponte,* effective June 7, 1995, that this cause be, and hereby is, dismissed for lack of jurisdiction.

*Monday, June 12, 1995*

## MOTION DOCKET

**95-976.** State v. Yeagley. *Wayne County,* No. 2895. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon consideration of appellant's motion for stay,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied, effective June 9, 1995.

WRIGHT, J., dissents.

**95-1108.** State ex rel. Master v. Cleveland. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's motion to expedite hearing,

IT IS ORDERED by the court that the motion to expedite hearing be, and hereby is, denied, effective June 9, 1995.

IT IS FURTHER ORDERED by the court, *sua sponte,* that an alternative writ be, and hereby is, granted, and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X:

The parties shall file any evidence they intend to present on or before June 23, 1995; relators shall file their brief within seven days after the filing of evidence; respondents shall file their brief(s) within seven days after the filing of relators' brief; and relators shall file their reply brief, if any, within three days after the filing of respondents' brief(s).